# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: JORGE L PABON PEREZ        Bankruptcy Number: 13-04918-MCF

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: 06/14/2013            First Meeting Date: 07/19/2013 at 3:00PM

Days From Petition Date: 35              341 Meeting Date: 07/19/2013 at 3:00PM

910 Days Before Petition: 12/17/2010        Confirmation Hearing Date: 08/23/2013 at 1:30PM

Chapter 13 Plan Date: 06/14/2013 ☐ Amended    Plan Base: $0.00   Plan Docket #

This is Debtor(s) _____ Bankruptcy petition.       This is the _____ scheduled meeting.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:   Total Paid In: $0.00

Check/MO# _____

Date: _____ Amount: $ _____

*APPEREANCES:   ☐ Telephone    ☐ Video Conference

Debtor: ☒ Present ☐ Absent ☒ ID & Soc. OK        Joint Debtor: ☐ Present ☐ Absent ☐ ID & Soc. OK

☐ Examined   ☒ Not Examined under Oath        ☐ Examined   ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☐ Present

Name of Attorney Present (Other than Attorney of Record): _____

☒ Pro-se

☒ Creditor(s) Present     ☐ None

First Bank- Romero
Alexandra Castro -Holder of DSO claims

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: PRO SE*

Total Agreed: $0.00   Paid Pre-Petition: $0.00   Outstanding (Through the Plan): $0.00

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☐ Under  ☐ Above Median Income      Liquidation Value: $ TBD

Commitment Period is   ☐ 36 months  ☐ 60 months §1325(b)(1)(B)   Projected Disp. Inc.: $ TBD

The Trustee:   ☐ NOT OBJECTS  ☐ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: ___ %

§341 Meeting  ☑ CONTINUED  ☐ NOT HELD  ☐ CLOSED  ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for: September 10, 2013 at 10:00a.m.

Comments: Debtor showed evidence of filing a motion requesting time to find a lawyer and filed Schedules and other documents.

*OTHER COMMENTS / OBJECTIONS

Debtor showed evidence of post petition DSO payments.

/s/ Jose R. Carrion, Esq.         Meeting Date: Jul 19, 2013
    Trustee

/s/ Mayra Arguelles, Esq.
    Presiding Officer